No. 88–6181. IN RE HARRISON. Ct. App. Ga. Petition for writ of common-law certiorari denied.

No. 88–5958. IN RE SIMANONOK;
No. 88–5988. IN RE MARTIN;
No. 88–6043. IN RE MULAZIM;
No. 88–6051. IN RE BARNETT; and
No. 88–6234. IN RE GAY. Petitions for writs of mandamus denied.

No. 88–971. IN RE DOLENZ;
No. 88–6072. IN RE YOUNGS;
No. 88–6128. IN RE JONES; and
No. 88–6227. IN RE THEODOROPOULOS. Petitions for writs of mandamus and/or prohibition denied.

No. 88–952. UNITED STATES *v.* SPERRY CORP. ET AL. Appeal from C. A. Fed. Cir. Probable jurisdiction noted.

No. 88–1048. QUINN ET AL. *v.* MILLSAP ET AL. Appeal from Sup. Ct. Mo. Probable jurisdiction noted.

No. 88–124. BREININGER *v.* SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 6. C. A. 6th Cir. Certiorari granted.

No. 88–791. PAVELIC & LEFLORE *v.* MARVEL ENTERTAINMENT GROUP, A DIVISION OF CADENCE INDUSTRIES CORP., ET AL. C. A. 2d Cir. Certiorari granted.

No. 88–1083. JOHN DOE AGENCY ET AL. *v.* JOHN DOE CORP. C. A. 2d Cir. Certiorari granted.